UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SRPINGFIELD LIBRARY AND MUSEUM ASSOCIATION, INC.,<br>                    Plaintiff,<br><br>v.<br><br>KNOEDLER ARCHIVUM, INC. f/k/a<br>M. KNOEDLER & COMPANY, INC.,<br>                    Defendant. | Civil Action<br>No. 03-CV-30219-MAP |

### DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS AND REQUEST FOR A HEARING

Defendant Knoedler Archivum, Inc. ("Knoedler') moves, pursuant to Fed. R. Civ. P. 12(c), for judgment on the pleadings with respect to all counts of the plaintiff's Amended Complaint. Judgment on the pleadings is appropriate because the statute of limitations bars each of plaintiff's claims. The Chapter 93A claim should be dismissed for the additional reason that Chapter 93A is not retroactive to 1955.

For the reasons stated in the accompanying Memorandum in Support of this motion, the Court should order that judgment be entered for the defendant.

### REQUEST FOR HEARING

Knoedler requests a hearing on its Motion for Judgment on the Pleadings.

KNOEDLER ARCHIVUM, INC.

By its attorneys,

_____
Kenneth W. Salinger (BBO #556967)
Amy J. Berks (BBO #652491)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100
ksalinger@palmerdodge.com
aberks@palmerdodge.com

*Of Counsel:*
Andrius R. Kontrimas
Texas State Bar No. 11672300
Kerry M. McMahon
Texas State Bar No. 00797053
JENKENS & GILCHRIST, P.C.
1401 McKinney, Suite 2700
Houston, TX 77010

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on September 15, 2003.

_____

- 2 -