UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SPRINGFIELD LIBRARY AND MUSEUM
ASSOCIATION, INC.,
                Plaintiff,

v.

KNOEDLER ARCHIVUM, INC. f/k/a
M. KNOEDLER & COMPANY, INC.,
                Defendant.

Civil Action
No. 03-CV-30219-MAP

**CORPORATE DISCLOSURE STATEMENT
PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3, Knoedler Archivum, Inc. ("Knoedler") makes the following disclosure:

1. There is no parent corporation above Knoedler; and

2. No publicly held company owns ten percent (10%) or more of Knoedler Archivum, Inc.'s stock.

                KNOEDLER ARCHIVUM, INC.
                By its attorneys,

                Kenneth W. Salinger (BBO #556967)
                Amy J. Berks (BBO #652491)
                PALMER & DODGE LLP
                111 Huntington Avenue
                Boston, MA 02199
                (617) 239-0100
                ksalinger@palmerdodge.com
                aberks@palmerdodge.com

September 16, 2003

- 2 -

*Of Counsel:*
Andrius R. Kontrimas
    Texas State Bar No. 11672300
Kerry M. McMahon
    Texas State Bar No. 00797053
JENKENS & GILCHRIST, P.C.
1401 McKinney, Suite 2700
Houston, TX 77010

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on September 16, 2003.

_____

- 2 -