UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRINGFIELD LIBRARY AND MUSEUM ASSOCIATION, INC.,<br>                    Plaintiff,<br><br>v.<br><br>KNOEDLER ARCHIVUM, INC. f/k/a M. KNOEDLER & COMPANY, INC.,<br>                    Defendant. | Civil Action<br>No. 03-CV-30219-MAP |

## CERTIFICATE OF COMPLIANCE WITH
## LOCAL RULE 7.1(A)(2).

I hereby certify that counsel for Knoedler Archivum, Inc. conferred with counsel for Springfield Museum and Library Association in a good faith effort to resolve or narrow the issues presented in the Motion for Judgment on the Pleadings.

                                      KNOEDLER ARCHIVUM, INC.
                                      By its attorneys,

                                      Kenneth W. Salinger (BBO #556967)
                                      Amy J. Berks (BBO #652491)
                                      PALMER & DODGE LLP
                                      111 Huntington Avenue
                                      Boston, MA 02199
                                      (617) 239-0100
                                      ksalinger@palmerdodge.com
                                      aberks@palmerdodge.com

September 16, 2003

*Of Counsel:*
Andrius R. Kontrimas
    Texas State Bar No. 11672300
Kerry M. McMahon
    Texas State Bar No. 00797053
JENKENS & GILCHRIST, P.C.
1401 McKinney, Suite 2700
Houston, TX 77010

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on September 16, 2003.

*[signature]*