UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SPRINGFIELD LIBRARY AND
MUSEUM ASSOCIATION, INC.,
Plaintiff

v.

KNOEDLER ARCHIVUM, INC. f/k/a
M. KNOEDLER & COMPANY, INC.,
Defendant

Civil Action
No. 03-CV-30219-MAP

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITH ASSENT

NOW COMES Plaintiff in the above-referenced matter, Springfield Library and Museum Association, Inc., and hereby moves this Court for an extension of time to file its Opposition to Defendant's Motion for Judgment on the Pleadings to permit the filing of its Opposition by October 17, 2003. As basis therefore, Plaintiff states that the issues raised in Defendant's Motion involve complex legal and substantive issues of fact meriting such extension.

WHEREFORE, Plaintiff respectfully requests its instant Motion be Allowed.

ASSENTED TO:

THE DEFENDANT

By: _____
AMY BERKS, ESQUIRE
Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 239-0100
Fax: (617) 227-4420
BBO# 652491

THE PLAINTIFF

By: _____
MARK D MASON, ESQUIRE
Cooley, Shrair, P.C.
1380 Main Street, Fifth Floor
Springfield, MA 01103
Telephone: (413) 735-8040
Fax: (413) 733-3042
BBO# 544936

Dated: September 18, 2003

21553\9\51573