UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred

SPRINGFIELD LIBRARY

V.   CA/CR No. 03-30219

KNOEDLER ARCHIVUM

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _____ for the following proceedings:

(A) [ ] Referred for full pretrial case management, including all dispositive motions.

(B) [ ] Referred for full pretrial case management, _not_ including dispositive motions:

(C) [ ] Referred for discovery purposes only.

(D) [✔] Referred for Report and Recommendation on:

   ( ) Motion(s) for injunctive relief
   (X) Motion(s) for judgment on the pleadings
   ( ) Motion(s) for summary judgment
   ( ) Motion(s) to permit maintenance of a class action
   ( ) Motion(s) to suppress evidence
   ( ) Motion(s) to dismiss
   ( ) Post Conviction Proceedings[1]
   See Documents Numbered: #4

(E) Case referred for events only. See Doc. No(s). Motion to Amend #10

(F) Case referred for settlement.

(G) Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
   ( ) In accordance with Rule 53, F.R.Civ.P.
   ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H) Special Instructions: _____

1/30/03                                    By:   /s/Elizabeth A. French
Date                                              Deputy Clerk

**(OrRef for pdf.wpd - 05/2003)**

---

[1] See reverse side of order for instructions