AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

SPRINGFIELD LIBRARY & MUSEUM ASSOCIATION, INC.

V.

KNOEDLER ARCHIVUM, INC.

**NOTICE**

CASE NUMBER: 03-30219-MAP

TYPE OF CASE:

☒ CIVIL    ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, MA 01103 | DATE AND TIME |
| | January 26, 2004 at 2:00 p.m. |

TYPE OF PROCEEDING

HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO
ALL COUNTS OF PLAINTIFF'S AMENDED COMPLAINT
(Doc. No. 4)

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, Clerk

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 8, 2004

DATE

/s/ Bethaney A. Healy

(BY) DEPUTY CLERK

TO:     All counsel of record