UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SPRINGFIELD LIBRARY AND <br> MUSEUM ASSOCIATION, INC., <br> Plaintiff <br><br> v. <br><br> KNOEDLER ARCHIVUM, INC. f/k/a <br> M. KNOEDLER & COMPANY, INC., <br> Defendant | Civil Action <br> No. 03-CV-30219-MAP |

### PLAINTIFF, SPRINGFIELD LIBRARY AND MUSEUM ASSOCIATION, INC.'S, ASSENTED MOTION TO ENLARGEN TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S OBJECTION TO REPORT AND RECOMMENDATION REGARDING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

NOW COMES Plaintiff in the above-referenced matter and respectfully requests this Court enlargen the time to April 7, 2004, for Plaintiff to file its Response to Defendant's Objection to Magistrate-Judge Neiman's March 1, 2004 Report and Recommendation regarding Defendant's Motion for Judgment on the Pleadings. In support hereof, Plaintiff attaches Affidavit of Mark D Mason, Esq. and states as follows:

1. On March 1, 2004, Magistrate-Judge Neiman entered his Report and Recommendation regarding Defendant's Motion for Judgment on the Pleadings.

2. On March 11, 2004, Counsel for Defendant has advised Counsel for Plaintiff that he intends to file an Objection to Magistrate-Judge Neiman's March 1, 2004 Report and Recommendation.

3. Counsel for Plaintiff, Mark D Mason, is out of the country during the period March 12-24, 2004.

4.    Attorney Mason is the attorney in his firm most familiar with the within matter and respectfully requests this Court grant a period of fourteen (14) days from his return in order to file Plaintiff's Response to Defendant's Objection herein.

Wherefore, Plaintiff respectfully requests its instant Motion be allowed.

Dated: March *11*, 2004

ASSENTED TO:

SPRINGFIELD LIBRARY AND MUSEUMS ASSOCIATION, INC.

_____
MARK D MASON, ESQUIRE
Cooley, Shrair, P.C.
1380 Main Street, Fifth Floor
Springfield, MA 01103
Telephone: (413) 735-8040
Fax: (413) 733-3042
BBO# 544936

_____
Kenneth W. Salinger, Esquire
Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 239-0100
Fax: (413) 733-3042
BBO# 556967

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRINGFIELD LIBRARY AND ) <br> MUSEUM ASSOCIATION, INC., ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> KNOEDLER ARCHIVUM, INC. f/k/a ) <br> M. KNOEDLER & COMPANY, INC., ) <br> Defendant ) <br> ) | Civil Action <br> No. 03-CV-30219-MAP |

### AFFIDAVIT OF MARK D MASON, ESQUIRE

1. I am counsel for Plaintiff in the above-referenced matter.

2. On March 1, 2004, Magistrate-Judge Neiman entered his Report and Recommendation regarding Defendant's Motion for Judgment on the Pleadings.

3. On March 11, 2004, Counsel for Defendant advised Counsel for Plaintiff that he intends to file an Objection to Magistrate-Judge Neiman's March 1, 2004 Report and Recommendation.

4. I am out of the country during the period March 12-24, 2004.

5. I am the attorney in his firm most familiar with the within matter and respectfully request this Court grant a period of fourteen (14) days from his return in order to file Plaintiff's Response to Defendant's Objection herein.

Signed and sealed under the pains and penalties of perjury, this eleventh day of March 2004.

                                                        MARK D MASON, ESQUIRE
Cooley, Shrair, P.C.
1380 Main Street, Fifth Floor
Springfield, MA 01103
Telephone: (413) 735-8040
Fax: (413) 733-3042
BBO# 544936