UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SPRINGFIELD LIBRARY AND MUSEUM    )
ASSOCIATION, INC.,                )
Plaintiff                         )
                                  )
                     v.           ) CIVIL ACTION NO. 03-30219-MAP
                                  )
KNOEDLER ARCHIVUM, INC.,          )
Defendant                         )

ORDER OF RECUSAL

April 12, 2004

PONSOR, D.J.

    Magistrate Judge Kenneth P. Neiman has made a Report and Recommendation to this court, to the effect that defendant's Motion for Judgment on the Pleadings be denied. An objection has been filed by the defendant and referred to this court for <u>de novo</u> review.

    Based on the fact that the undersigned is a contributing supporter of the Springfield Library and Museums, the court hereby recuses itself from any further consideration of any issues in this case. The file will be transferred to Boston, to be redrawn there. The judge receiving the case may then rule on the defendant's objections.

    It is So Ordered.

/s/Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge