UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRINGFIELD LIBRARY AND MUSEUM ASSOCIATION, INC.,<br>Plaintiff,<br><br>v.<br><br>KNOEDLER ARCHIVUM, INC.,<br>f/k/a M. Knoedler & Company, Inc.<br>Defendant. | Civil Action<br>No. 03-CV-30219-MAP |

## NOTICE OF WITHDRAWAL

Please take notice of the withdrawal of Amy J. Berks of Palmer & Dodge LLP as counsel for defendant, Knoedler Archivum, Inc., in the above-captioned matter. Kenneth W. Salinger will continue to represent defendant Knoedler Archivum, Inc. in this action.

Respectfully Submitted,

_____
Kenneth W. Salinger (BBO #556967)
Amy J. Berks (BBO #652491)
Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

August 24, 2004