UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-30219-RCL

SPRINGFIELD LIBRARY AND )
MUSEUM ASSOCIATION, INC., )
    Plaintiff )
)
v. )   **JOINT STIPULATION OF**
)   **VOLUNTARY DISMISSAL**
KNOEDLER ARCHIVUM, INC. f/k/a )
M. KNOEDLER & COMPANY, INC., )
    Defendant )

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff, Springfield Library and Museum Association, Inc., and Defendant, Knoedler Archivum, Inc., f/k/a M. Knoedler & Company, Inc., through their undersigned counsel, hereby agree and stipulate to the dismissal of the above-captioned action without fees, costs, expenses or interest to any party and with each party waiving any and all rights of appeal.

Dated: January 18, 2005

| | |
|---|---|
| THE PLAINTIFF,<br>SPRINGFIELD LIBRARY<br>AND MUSEUMS ASSOCIATION, INC. | THE DEFENDANT,<br>KNOEDLER ARCHIVUM, INC.,<br>f/k/a M. KNOEDLER & COMPANY, INC. |
| MARK D. MASON, ESQ.<br>Cooley, Shrair, P.C.<br>1380 Main Street<br>Springfield, MA 01103-1616<br>Tel. (413) 781-0750<br>Fax: (413) 733-3042<br>BBO# 544936 | KENNETH W. SALINGER, ESQ.<br>Palmer & Dodge LLP<br>111 Huntington Avenue<br>Boston, MA 02119-7613<br>Tel. (617) 239-0100<br>Fax (617) 227-4420<br>BBO# 556967 |

21553.1/72913